| Small Claims Court | EL PASO | County, Colorado |
|---|---|---|
| Court Address:<br>EL PASO COUNTY JUDICIAL BUILDING, 270 S. TEJON ST., COLORADO SPRINGS, CO 80903, 719-452-5000 | | |

PLAINTIFF(S): Elaine Roseann Thomas
Address: 4568 Castlepoint Drive
City/State/Zip: Colorado Springs CO.
Phone: Home 719 216 6857  Work ____  Cell ____

v.
DEFENDANT(1): NCS & Dept of Education TREASURY
Address: P.O. Box 1686
City/State/Zip: Birmingham, AL 35201-1686
Phone: Home ____  Work 800 304 3107  Cell ____

DEFENDANT(2): National Credit Services
Address: P.O. Box 5227
City/State/Zip: Greenville, TX 75403
Phone: Home 888-82__  Work __3/27  Cell ____

FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO
MAR 11 2020
DR. LYNETTE D. CORNELIUS
CLERK OF COURT

DATE FILED: March 11, 2020 12:48 PM
CASE NUMBER: 2020S208

COURT USE ONLY
Case Number:
S
20S0208
Division S  Courtroom S290

## NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL

If Defendant(s) is/are other than a person, go on-line at www.sos.state.co.us to determine the registered agent for service of this notice. Please enter name and address of the agent. Name: U.S. Dept of Treasury
Address: NCS, P.O. Box 5227 Greenville, TX 75403

1. The Defendant(s) is/are in the military service: ☐Yes ☑No ☐Unknown
2. The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☑Yes ☐No
3. I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☑Yes ☐No
4. I am an attorney: ☐Yes ☑No

### Notice and Summons to Appear for Trial

To the Defendant(s):
You are scheduled to have your trial in this case on APR 14 2020 (date) at 1:30 PM (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. **If you do not appear, judgment may be entered against you.** If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: MAR 11 2020
Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim** (Please summarize reasons to support your claim below.)
The Defendant(s) owe(s) me $2,000+, which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

The Defendents are extracting $154.20 from my Social Security check each month, under a fraudulent name, school, Loan, which has been proven Fraudulent by Police Report, court documents, ID, Birth certificates and claim to have my signature on documents They refuse to send me.

Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.
I/we declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County this calendar year.

Dated: 3/10/20
Plaintiff's Signature: ER Thomas
Plaintiff's Signature: ____

JDF 250SC  R 8-18       NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL       COURT COPY